Official Form 416A (12/15)

# Form 416A. CAPTION (FULL)

# United States Bankruptcy Court



FILED
MAR 30 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

_Central_ District Of _California_

In re _Allen B. Eley_,
*[Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.]*

Debtor

Address _28705 Belmont Pkwy_
_Moreno Valley, CA 92555_

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): _4918_

Employer's Tax Identification No(s). (if any): _N/A_

Case No. _____

Chapter _7_

COMPLAINT

```
ALLEN ELEY
28705 BELMONT PARK WAY
MORENO VALLEY, CA 92506
(951) 801-9463
```

ALLEN ELEY, IN PRO PER

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:11-bk-47448-MH |
| ALLEN ELEY, | Chapter 7 |
| DEBTOR | **COMPLAINT** |
| PLAINTIFF, | |
| Vs. | |
| NATIONAL COLLEGATE STUDENT LOAN | |
| DEFENDANT | |

    I, Allen Eley filed for a Chapter 7 Bankruptcy in the United States Bankruptcy Court, Central District of California on December 13, 2011. I included my debt with National Collegiate Student Loan Trust in my Bankruptcy filing and requested this debt be discharged. National Collegiate Student Loan Trust was notified of my bankruptcy and intent to discharge my debt with them. National

Collegiate Student Loan Trust was informed of the date and time of the Meeting with the Creditors, however, they did not have anyone appear on their behalf to dispute my request for discharge nor did they file an objection with the Court. My bankruptcy was discharged on March 26, 2012.

On January 23, 2015, nearly three years after my debt was discharged, National Collegiate Student Loan Trust filed a Summons and Complaint with the Superior Court of California County of Riverside (case #RIC1500928). The Superior Court of California does not have jurisdiction to hear this matter as this matter has already been brought before the United States Bankruptcy Court and an order has been made.

National Collegiate Student Loan Trust has unlawfully filed a Summons and Complaint against me in an effort to collect a debt that has previously been discharged as they have been notified. Based on the foregoing, I respectfully request the Court grant an Adversary Proceeding and order National Collegiate cease all efforts to collect the previous discharged debt and dismiss the complaint filed with the Superior Court of California.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

DATED: March 29, 2016

ALLEN ELEY

- 2 -
COMPLAINT

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Allen B. Eley | **DEFENDANTS**<br>National Collegiate Student Loan Trust 2007-4 |
| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known)<br>Bleier & Cox, APC<br>16130 Ventura Boulevard<br>#260 Encino, CA 91436 |
| PARTY (Check One Box Only)<br>☒ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Filing Adversary Proceedings on the Defendant who has filed a civil suit on a private student loan debt that was discharged in a Chapter 7 in 2012.

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☒ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

☐ Check if this case involves a substantive issue of state law
☐ Check if a jury trial is demanded in complaint

☐ Check if this is asserted to be a class action under FRCP 23
Demand $

Other Relief Sought

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>Allen B. Eley | BANKRUPTCY CASE NO.<br>6:11-bk-47448-MH |||
| DISTRICT IN WHICH CASE IS PENDING<br>RIVERSIDE | DIVISION OFFICE | NAME OF JUDGE<br>Mark Huel ||
| **RELATED ADVERSARY PROCEEDING (IF ANY)** ||||
| PLAINTIFF | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE || NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) ||||
| DATE<br>3/26/16 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Allen Eley |||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.