David Brian Lally, Bar No. 145872
Law Office of David Brian Lally
26895 Aliso Creek Rd., #B663
Aliso Viejo, CA 92656
Telephone 949-500-7409
Facsimile 949-861-9250
Davidlallylaw@gmail.com

Attorney for Plaintiff
Allen Brandon Eley

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In Re:<br><br>ALLEN BRANDON ELEY,<br><br>　　　　*Debtor.*<br><br>―――――――――――――――<br>ALLEN BRANDON ELEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4, A DELAWARE STATUTORY TRUST,<br><br>　　　　Defendant. | ) CASE NO.:　6:11-bk-47448-MH<br>) ADV. NO:　6:16-ap-01086-MH<br>) CHAPTER:　7<br>)<br>)<br>) PLAINTIFF'S UNILATERAL STATUS<br>) REPORT<br>)<br>) Continued Status Conference<br>) Date:　October 5, 2016<br>) Time:　2:00 p.m.<br>) Ctrm:　303<br>)<br>)<br>)<br>) |

TO: THE HONORABLE MARK HOULE, UNITED STATES BANKRUPTCY JUDGE, AND DEFENDANT:

Plaintiff files the following Unilateral Status Report. Defendant has not responded to the First Amended Complaint so no Joint Status Report is possible.

Date: September 16, 2016

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ David B. Lally*
　　　　　　　　　　　　　　　　　　　　　　　　David B. Lally, Esq. Attorney for Plaintiff

1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David Brian Lally, Esq., Bar No. 145872<br>Law Office of David Brian Lally<br>26895 Aliso Creek Rd., #B663<br>Aliso Viejo, CA 92656<br>Telephone 949-500-7409<br>Facsimile 949-861-9250<br>E-mail: Davidlallylaw@gmail.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff Allen eley | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>ALLEN BRANDON ELEY<br><br>Debtor(s). | CASE NO.: 6:11-bk-47448-MH<br>ADVERSARY NO.: 6:16-ap-01086-MH<br>CHAPTER: 7 |
|---|---|
| ALLEN BRANDON ELEY<br><br>Plaintiff(s).<br>vs.<br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4, A DELAWARE STATUTORY TRUST,<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 10/05/2016<br>TIME: 2:00 p.m<br>COURTROOM: 303<br>ADDRESS: 3420 Twelfth St., Riverside, CA 92501. |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

### A. PLEADINGS/SERVICE:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?   ☒ Yes   ☐ No
2. Have all parties filed and served answers to the Claims Documents?   ☐ Yes   ☒ No
3. Have all motions addressed to the Claims Documents been resolved?   ☐ Yes   ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1?   ☐ Yes   ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                                    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
    Defendant has not responded to the First Amended Complaint, despite Defendant's Counsel appearance at the prior Status Conference telephpnically and stating it would file a response.

B. **READINESS FOR TRIAL:**

   1. When will you be ready for trial in this case?
      <u>Plaintiff</u>                                                    <u>Defendant</u>
      Please see Section "F" below.

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
      <u>Plaintiff</u>                                                    <u>Defendant</u>
      Please see Section "F" below.

   3. When do you expect to complete <u>your</u> discovery efforts?
      <u>Plaintiff</u>                                                    <u>Defendant</u>
      Please see Section "F" below.

   4. What additional discovery do you require to prepare for trial?
      <u>Plaintiff</u>                                                    <u>Defendant</u>
      Please see Section "F" below.

C. **TRIAL TIME:**

   1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
      <u>Plaintiff</u>                                                    <u>Defendant</u>
      Please see Section "F" below.

   2. How many witnesses do you intend to call at trial (*including opposing parties*)?
      <u>Plaintiff</u>                                                    <u>Defendant</u>
      Please see Section "F" below.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                      Page 2                                      F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

|Plaintiff|Defendant|
|---|---|
|Please see Section "F" below.| |

### D. PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☒ is not requested | Pretrial conference ☐ is ☒ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) _____ | (date) _____ |

### E. SETTLEMENT:

1. What is the status of settlement efforts?

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☒ Yes   ☐ No | ☐ Yes   ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                    Page 3                                            F 7016-1.STATUS.REPORT

F.  **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | I ☐ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G.  **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)
Defendant has not repsonded to the First Amended Complaint. At the Status Conference held on August 3, 2016, Defendant had an attorney appear telephonically and represent that he would be filing a response to the First Amended Complaint on behalf of Defendant. As of September 16, 2016, no response has been filed.

Respectfully submitted,

Date: 09/16/2016

Law Office of David B. Lally
Printed name of law firm

*David B. Lally* (signature)
Signature

David Brian Lally
Printed name

Attorney for: Plaintiff

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                        Page 4                                        F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
26895 Aliso Creek Rd., #B663, Aliso Viejo, CA 92656

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 09/16/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Plaintiff's Attorney David B. Lally, Esq., Davidlallylaw@gmail.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 09/16/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Mark Houle, U.S. Bankruptcy Judge, Courtroom 303, 3420 Twelfth St., Riverside, CA 92501
Defendant's Superior Court Attorney Elizabeth Bleier, Esq., 16130 Ventura Blvd., Suite #620, Encino, Ca 91436

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/16/2016 | David Brian Lally, Esq. | /s/ David B. Lally |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.