Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel: 619/758-1891
drichard@sessions.legal
Attorneys for Defendant
*National Collegiate Student Loan Trust 2007-4*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>ALLEN BRANDON ELEY,<br><br>Debtor.<br>_____<br><br>ALLEN BRANDON ELEY,<br><br>Plaintiff,<br><br>Vs.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4, a Delaware Statutory Trust,<br><br>Defendant. | Case No.   11-BK-47448-MH<br>AP No.     16-AP-01086-MH<br>CHAPTER:   7<br><br><br>DEFENDANT NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4 ANSWER TO AMENDED COMPLAINT |

Defendant National Collegiate Student Loan Trust 2007-4 ("NCSLT") hereby responds to the Amended Complaint to Determine Dischargeability of Student Loan filed by plaintiff, Allen Brandon Eley, and states the following:

**ALLEGED JURISDICTION AND VENUE**

1.    NCSLT denies the allegations in ¶ 1 for lack of knowledge or information to justify a belief therein.

2. In response to ¶ 2, NCSLT admits only that it is a Delaware statutory trust, recognized as a business trust in the State of California. Except for that which is expressly admitted herein, NCSLT denies the remaining allegations in ¶ 2.

3. NCSLT denies the allegations in ¶ 3.

4. NCSLT denies the allegations in ¶ 4.

5. NCSLT denies the allegations in ¶ 5.

6. In response to ¶ 6, NCSLT denies that Plaintiff properly scheduled the student loan which is the subject of this adversary complaint.

## **GENERAL ALLEGATIONS**

7. In response to ¶ 7, NCSLT admits only that for the student loan made the subject of this proceeding, Plaintiff applied for and obtained the student loan in July of 2007, in the amount of $22,346.37, and that the student loan was assigned to NCSLT shortly after the student loan was originated. Except for that which is expressly admitted herein, NCSLT denies the remaining allegations in ¶ 7.

8. In response to ¶ 8, NCSLT admits only that for the loan made the subject of this proceeding, Plaintiff applied for and obtained the student loan in July of 2007, in the amount of $22,346.37, and that the student loan was assigned to NCSLT shortly after the student loan was originated. Except for that which is expressly admitted herein, NCSLT denies the remaining allegations in ¶ 8.

9. In response to ¶ 9, NCSLT admits only that for the loan made the subject of this proceeding, the current unpaid balance owing to NCSLT is approximately $33,379.34. Except for that which is expressly admitted herein, NCSLT denies the remaining allegations in ¶ 9.

10. NCSLT denies the allegations in ¶ 10.

11. NCSLT denies the allegations in ¶ 11.

12. NCSLT denies the allegations in ¶ 12.

13. NCSLT denies the allegations in ¶ 13 as calling for a legal conclusion and on the grounds it lacks information necessary to form a belief as to the truth or falsity of the allegations therein.

14. In response to ¶ 14, NCSLT admits only to the filing of a Superior Court Complaint. Except for that which is expressly admitted herein, NCSLT denies the remaining allegations in ¶ 14.

15. In response to ¶ 15, NCSLT incorporates by reference its responses to paragraphs 1 through 14 above. Except as expressly admitted in such responses, NCSLT denies the allegations of ¶ 15 and each and every paragraph referenced therein.

16. In response to ¶ 16, NCSLT admits only that the student loan made the subject of this proceeding was applied for and obtained in 2007. Except for that which is expressly admitted herein, NCSLT denies the remaining allegations in ¶ 16.

17. NCSLT denies the allegations in ¶ 17 for lack of knowledge or information to justify a belief therein.

18. NCSLT denies the allegations in ¶ 18.

19. NCSLT denies the allegations in ¶ 19.

20. NCSLT denies the allegations in ¶ 20.

21. NCSLT denies the allegations in ¶ 21.

22. NCSLT denies the allegations in ¶ 22.

NCSLT denies that Plaintiff is entitled to the relief sought.

## **AFFIRMATIVE DEFENSES**

NCSLT, for its Affirmative Defenses, states as follows:

1. Plaintiff has failed, in whole or in part, to state a claim upon which relief can be granted.

2. Plaintiff's student loan obligation to NCSLT should not be discharged because Plaintiff does not meet the standard of undue hardship under 11 U.S.C. § 523(a)(8).

3. Plaintiff has failed to make a good faith effort to repay the loan obligation owed to Defendant.

WHEREFORE, NCSLT respectfully requests this Court dismiss Plaintiff's adversary complaint, with prejudice.

                                        Respectfully submitted,

Dated: 9/28/16                        Sessions, Fishman, Nathan & Israel, L.L.P.

                                        */s/Damian P. Richard*
                                        Damian P. Richard, Esq.
                                        Attorneys for Defendant National Collegiate Student Loan Trust 2007-4